# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:09-cr-092 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| ISAAC BEAVERS,<br>SSN: XXX-XX-1820  DOB:XX-XX-89<br>Last Known Address:<br>613 Ellsworth Drive<br>Trotwood, OH 45426 | :<br><br>:<br><br>: | |
| Defendant. | : | |

## ORDER WITHDRAWING WARRANT FOR ARREST

TO: THE UNITED STATES MARSHAL
AND ANY OTHER AUTHORIZED OFFICER:

The warrant for arrest issued for the above Defendant on **July 21, 2011 is hereby** **WITHDRAWN.**

February 11, 2013                                              s/Sharon L. Ovington
                                                                              Sharon L. Ovington
                                                                              United States Magistrate Judge